

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Tokumboh Adeogun and Olaife Orikogbo*, 20 Cr. 38 (PKC)

Dear Judge Castel:

      The Government writes to respectfully request that the Court schedule an arraignment and initial conference in the above-referenced case for January 23, 2020, at 10:30 a.m. The Government has conferred with counsel for Defendant Orikogbo and has confirmed his availability at that time. Defendant Adeogun has not yet been arrested.

      The Government further respectfully requests that the Court exclude the time between January 17, 2020, and January 23, 2020, pursuant to the Speedy Trial Act. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order to allow the Government and counsel for Defendant Orikogbo to continue discussions concerning a potential resolution of this case and to afford the Government the opportunity to prepare discovery. Counsel for Defendant Orikogbo consents to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

    By: _____
      Timothy Capozzi
      Assistant United States Attorney
      (212) 637-2404

cc:    Stephen Turano, Esq. (by ECF)

Upon the application of the government, consented to by defense counsel, an arraignment is scheduled for January 23, 2020 at 10:30 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow the government and counsel for defendant, Orikogbo to continue discussions concerning a possible resolution of this case and to afford the government the opportunity to prepare discovery. Accordingly, the time between today and January 23, 2020 is excluded.

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: January 17, 2020