LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

November 16, 2020

By ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

> Sentencing is adjourned from December 2, 2020 to February 24, 2021 at 2:00 p.m.
> SO ORDERED.
> Dated: 11/16/2020
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   United States v. Olaife Orikogbo
      Case No. 20 Cr. 38 (PKC)

Dear Judge Castel:

    I join in Mr. Becker's application for an adjournment of sentencing for my client, Olaife Orikogbo, for essentially the same reasons stated in Gary Becker's November 13, 2020 letter to the Court.

    Although, Mr. Orikogbo does not have to travel a long distance, we are concerned about appearing in Court and, more importantly, given the expected spike in COVID-19 cases in this area, about a possible designation if the Court determines a custodial sentence is warranted. Finally, I too request additional time to gather supporting letters and to confer with Government about certain matters raised in the Presentence Report.

    Therefore, I request the February 24, 2021 sentencing date for Mr. Orikogbo.
.

    Respectfully,

    /s/ *Stephen Turano*
    Stephen Turano

cc:  All Counsel of Record for the Government (via email)