LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

February 4, 2021

By ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

> Sentencing is adjourned from February 24, 2021 to April 28, 2021 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 2/5/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   United States v. Olaife Orikogbo
      Case No. 20 Cr. 38 (PKC)

Dear Judge Castel:

    I request an additional 45-day adjournment of the sentencing date for my client, Olaife Orikogbo.  Mr. Orikogbo and I would prefer to proceed in person but are uncomfortable to do so at this time.  The Government, by AUSA Timothy Capozzi, consents to this adjournment application.

                      Respectfully,

                      /s/ *Stephen Turano*
                      Stephen Turano

cc: Timothy Capozzi, AUSA